The CONE CORPORATION; J.W. Conner & Sons; Bulger Contracting Co.; Boyce Company; S & E Contractors, Inc.; Woodruff & Sons, Inc.; Suncoast Utility Contractors Association, Plaintiffs–Appellants,

Cone Constructors, Inc.; Dallas 1 Construction & Development, Inc., Plaintiffs,

v.

HILLSBOROUGH COUNTY; Frederick B. Karl, Defendants–Appellees.

No. 91–4194.

United States Court of Appeals, Eleventh Circuit.

June 7, 1993.

Herbert P. Schlanger, Atlanta, GA, for plaintiffs-appellants.

MacFarlane, Ferguson, Allison & Kelly, Claude H. Tison, Jr., Tampa, FL, for defendants-appellees.

ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before TJOFLAT, Chief Judge, FAY, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, and CARNES, Circuit Judges.*

BY THE COURT:

A member of this court in active service having requested a poll on plaintiffs-appellants' suggestion of rehearing en banc, and a majority of the judges of this court in active service having voted in favor thereof,

* Senior U.S. Circuit Judge John C. Godbold has elected to participate in further proceedings in

IT IS ORDERED that the above cause shall be reheard by this court sitting en banc. The previous panel's opinion 983 F.2d 197, is hereby VACATED.